In the Matter of DANIEL REYNOLDS, Respondent, v VALERIE JORDAN, Respondent. [750 NYS2d 549] —Appeal from an order of Family Court, Cattaraugus County (Nenno, J.), entered August 29, 2001, which denied the objections of the Commissioner of Cattaraugus County Department of Social Services to the order of the Hearing Examiner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (*see generally Matter of Kenyon v Kenyon*, 299 AD2d 863). Present—Green, J.P., Wisner, Hurlbutt, Burns and Gorski, JJ.